IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perez, Mariola B

Printed: 12/23/08

Case Number: 08 B 30515
Judge: Wedoff, Eugene R
Filed: 11/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Alliance Laundry Systems | Secured | 2,600.00 | 0.00 |
| 2. | American General Finance | Secured | 5,000.00 | 0.00 |
| 3. | Plaza Bank | Secured | 1,500.00 | 0.00 |
| 4. | Wells Fargo Financial Illinois Inc | Secured | 7,050.00 | 0.00 |
| 5. | Plaza Bank | Secured | 5,000.00 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 720.65 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 377.93 | 0.00 |
| 8. | Wells Fargo Financial Bank | Unsecured | 261.92 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 237.50 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 20.00 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 136.72 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 1,191.23 | 0.00 |
| 13. | Chase Bank USA NA | Unsecured | 16.53 | 0.00 |
| 14. | Fremont Investment & Loan | Secured | | No Claim Filed |
| 15. | Amex | Unsecured | | No Claim Filed |
| 16. | Anderson Crenshaw Asso | Unsecured | | No Claim Filed |
| 17. | Chase | Unsecured | | No Claim Filed |
| 18. | Bank Of America | Unsecured | | No Claim Filed |
| 19. | Chase | Unsecured | | No Claim Filed |
| 20. | Plaza Bank | Unsecured | | No Claim Filed |
| 21. | Target | Unsecured | | No Claim Filed |
| 22. | Nicor Gas | Unsecured | | No Claim Filed |
| 23. | Comar Properties | Unsecured | | No Claim Filed |
|  |  |  | $ 24,112.48 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Perez, Mariola B

Printed: 12/23/08

Case Number:  08 B 30515
Judge:  Wedoff, Eugene R
Filed:  11/10/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

